UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                  Case No. 14-30620-DHW
                                                       Chapter 13

DETRA MCKISSIC,

    Debtor.

## ORDER GRANTING MOTION TO INCUR DEBT

The debtor filed a motion (Doc. # 31) to incur debt in order to purchase a vehicle. The motion came on for hearing on October 23, 2017. Trustee withdrew the only objection in open court. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the debtor may purchase a vehicle valued no greater than $19,195.04.

Done this 23rd day of October, 2017.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Sabrina L. McKinney, Trustee